1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DOCK McNEELY,

11            Petitioner,                 No. CIV S-08-0175 LEW JFM P

12      vs.

13   MCGINNES, et al.,

14            Respondents.                <u>ORDER</u>

15   _____/

16            Petitioner, a pretrial detainee proceeding pro se, has filed an application for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19            On March 7, 2008, the magistrate judge filed findings and recommendations

20   herein which were served on petitioner and which contained notice to petitioner that any

21   objections to the findings and recommendations were to be filed within twenty days.  Petitioner

22   has filed objections to the findings and recommendations.

23            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-

24   304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire

25   file, the court finds the findings and recommendations to be supported by the record and by

26   proper analysis.

1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  The findings and recommendations filed March 7, 2008, are adopted in full;

3    and

4          2.  This action is dismissed without prejudice.

5    DATED: 04/04/2008

6

7                                    /s/ Ronald S. W. Lew
                                     UNITED STATES DISTRICT JUDGE
8    /mcne0175.804

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2