IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOCK MCNEELY,

    Petitioner,                    No. CIV S-08-0175 LEW JFM P

    vs.

JOHN MCGINNESS,

    Respondent.                 <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's April 4, 2008 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1        For the reasons set forth in the magistrate judge's March 7, 2008 findings and recommendations, petitioner has not made a substantial showing of the denial of a constitutional right. Accordingly, a certificate of appealability should not issue in this action.

       IT IS SO ORDERED.

DATED: April 22, 2008

       /s/ Ronald S. W. Lew
       UNITED STATES DISTRICT JUDGE

/mcne0175.830