IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOCK MCNEELY,

    Petitioner,                    No. 2:08-cv-0175 LEW JFM P

    vs.

JOHN MCGINNESS, et al.,

    Respondents                <u>ORDER</u>

                               /

        On November 18, 2008, petitioner filed a request that the Clerk of Court forward to petitioner/appellant copies of the documents that comprise the excerpt of record. However, on November 3, 2008, the district court's judgment dismissing this action was summarily affirmed. Accordingly, IT IS HEREBY ORDERED that petitioner's November 18, 2008 request (#16) is denied. Petitioner is advised that this case was dismissed on April 4, 2008; petitioner's request for certificate of appealability was denied on April 22, 2008. The judgment was affirmed by the appellate court on November 3, 2008. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: December 2, 2008.

UNITED STATES MAGISTRATE JUDGE

/001; mcne0175.158